JS 44 (Rev 06/17)

# CIVIL COVER SHEET

19CV1127

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Michael Dilworth, Katrina Jones, James Pileggi & Shawn Watson

**DEFENDANTS**
A. Lee Cook Hauling, Inc.

(b) County of Residence of First Listed Plaintiff  **Montgomery**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  **Montgomery**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Patrick T. Duffy, DUFFY TRIAL, P.C.  (phone. 484-250-4654)
100 Regency Dr., Audubon, PA 19403 (email: Patrick@DuffyTrial.com)

Attorneys *(If Known)*
Unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question  *(U.S. Government Not a Party)*
- ☐ 4 Diversity  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☒ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
29 U.S. Code § 216(b)
Brief description of cause:
Unpaid overtime compensation.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE  03/18/2019
SIGNATURE OF ATTORNEY OF RECORD  *Patrick T. Duffy*

**FOR OFFICE USE ONLY**
RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAR 18 2019  MAG JUDGE

JCJ

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

19-1127

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 12 W. 6th St, Bridgeport, PA 19405; 914 Senator Rd, Norristown, PA 19403, 941 Kenney Rd, Lower Pottsgrove, PA 19464

Address of Defendant: 643 Pennsfield Dr, Hatfield, PA 19440

Place of Accident, Incident or Transaction: Hatfield, PA

---

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐  No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐  No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?    Yes ☐  No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐  No ☒

I certify that, to my knowledge, the within case ☐ is / ☒ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 3/18/19    *[signature]* Patrick T. Duffy    92899
Attorney-at-Law / Pro Se Plaintiff    Attorney I.D. # (if applicable)

---

**CIVIL:** (Place a √ in one category only)

A. **Federal Question Cases:**
☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☒ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
*(Please specify)* _____

B. **Diversity Jurisdiction Cases:**
☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify)* _____
☐ 7. Products Liability
☐ 8. Products Liability — Asbestos
☐ 9. All other Diversity Cases *(Please specify)* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Patrick T. Duffy, counsel of record or pro se plaintiff, do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought

DATE: 3/18/19    *[signature]* Patrick T. Duffy    92899
Attorney-at-Law / Pro Se Plaintiff    Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38



# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Michael Dilworth, Katrina Jones, James Pileggi & Shawn Watson | : | CIVIL ACTION |
| v. | : | |
| A. Lee Cook Hauling, Inc. | : | NO. 19-1127 |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  (x)

| 3/18/19 | Patrick T. Duffy | Patrick T. Duffy |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** Plaintiffs |
| (484) 250-4654 | (610) 666-6888 | Patrick@DuffyTrial.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL DILWORTH, KATINA JONES, JAMES PILEGGI AND SHAWN WATSON<br>Plaintiffs,<br>v.<br>A LEE COOK HAULING, INC.<br>Defendant. | CIVIL ACTION<br>NO. 19-1127<br>JURY TRIAL |

## COMPLAINT

Plaintiffs, Michael Dilworth, Katina Jones, James Pileggi and Shawn Watson, bring this lawsuit against A. Lee Cook Hauling, Inc. seeking all available relief under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§201, et seq., and the Pennsylvania Minimum Wage Act ("PMWA"), 43 P.S. §§ 333.101, et seq.

### JURISDICTION AND VENUE

1. Subject matter jurisdiction over the FLSA claim is based on 29 U.S.C. § 216(b) and 28 U.S.C. § 1331.

2. Subject matter jurisdiction over the PMWA claim is based on 28 U.S.C. § 1367.

3. Venue is based on 28 U.S.C. V 1391.

### PARTIES

4. Plaintiff, Michael Dilworth, is an adult resident of the Commonwealth of Pennsylvania residing at 12 West 6th Street, Bridgeport, Pennsylvania 19405.

5. Plaintiff, Katina Jones, is an adult resident of the Commonwealth of Pennsylvania residing at 12 West 6th Street, Bridgeport, Pennsylvania 19405

1

6. Plaintiff, James Pileggi, is an adult resident of the Commonwealth of Pennsylvania residing at 914 Senator Road, Norristown, Pennsylvania 19403.

7. Plaintiff, Shawn Watson, is an adult resident of the Commonwealth of Pennsylvania residing at 941 Kenney Road, Lower Pottsgrove, Pennsylvania 19464.

8. Defendant, A. Lee Cook Hauling Inc., is a business corporation organized under the laws of Pennsylvania with a Pennsylvania Entity Number of 4259602. A. Lee Cook Hauling Inc. was created on April 7, 2014 with a registered business address of 643 Pennfield Drive, Hatfield, Pennsylvania 19440.

9. Defendant employed the Plaintiffs as truck drivers hauling goods, materials or property of others, exclusively in the Commonwealth of Pennsylvania as the fleet of trucks operated by Defendant were not apportioned to leave the Commonwealth.

## FACTS

10. A. Lee Cook Hauling, Inc. is a commercial entity operating a fleet of five (5) dump trucks registered int eh Commonwealth of Pennsylvania.

11. None of the trucks in the fleet were apportioned to leave the Commonwealth as A. Lee Cook Hauling, Inc. chose not to get apportioned tags in order to operate in interstate commerce.

12. Plaintiff, James Pileggi, was employed by Defendant as a truck driver from 2013 through early 2019.

13. Plaintiff, Michael Dilworth, was employed by Defendant as a truck driver from 2015 through early 2019.

14. Plaintiff, Katina Jones, was employed by Defendant as a truck driver from 2015 through early 2019.

15. Plaintiff, Shawn Watson, Plaintiff, Michael Dilworth was employed by Defendant as a truck driver from 2017 through March 2018.

16. Plaintiffs were paid an hourly rate for all hours worked.

17. Plaintiffs were required to submit time cards to their dispatcher for the hours worked for Defendant.

18. Plaintiffs routinely worked in excess of forty (40) hours per week.

19. However, Plaintiffs were never paid an overtime rate for each hour worked in excess of forty (40) hours in a workweek.

20. Plaintiffs never left the Commonwealth of Pennsylvania while working for Defendant.

21. Defendants improperly classified each of the Plaintiffs as exempt from federal and state overtime laws.

22. The FLSA and the PMWA generally require that employees receive extra overtime pay (calculated at 150% of the regular pay rate) for hours worked over forty (40) in a seven (7) day week. See 29 U.S.C. § 207(a)(2); 43 P.S. §333.104(c).

23. This lawsuit alleges the Defendant violated the FLSA and PMWA by failing to pay adequate overtime compensation to Plaintiffs during weeks Plaintiffs work hours exceeded the forty (40) hour overtime threshold.

24. The Defendant's failure to properly classify Plaintiff as non-exempt and entitle to overtime pay was willful and a reckless disregard of the mandates of the FLSA and PMWA.

### COUNT I (Alleging Violations of the FLSA)

25. All previous paragraphs are incorporated as though fully set forth herein.

26. The FLSA generally requires that employees receive extra overtime pay (calculated at 150% of the regular pay rate) for hours worked over 40 in a 7-day week. See 29 U.S.C. § 207(a)(2).

27. The Defendant violated the FLSA by failing to pay overtime based on the hours that Plaintiffs spent working for Defendant.

### COUNT II (Alleging Violations of the PMWA)

28. All previous paragraphs are incorporated as though fully set forth herein.

29. The PMWA generally requires that employees receive extra overtime pay (calculated at 150% of the regular pay rate) for hours worked over 40 in a 7-day week. See 43 P.S. § 333.104(c).

30. Defendant violated the PMWA by failing to pay overtime based on the hours that Plaintiffs spent working for Defendant.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs seek: (a) unpaid overtime compensation; (b) prejudgment interest; (c) liquidated damages (available under FLSA only); (d) reasonable litigation costs, expenses, and attorney's fees; and (e) any other relief as the Court deems just and proper.

Respectfully,

Date: March 18, 2019

Patrick T. Duffy, Esquire
Duffy Trial, P.C.
100 Regency Drive
Audubon, PA 19403
(484) 250-4654
(610) 666-6888 Fax
Patrick@DuffyTrial.com

4